1
 In Re the Marriage of Michael Ernest Slancik, Petitioner and Rhonda Lee Slancik n/k/a Rhonda Lee Cavanaugh. Respondent No. 24SC518
Supreme Court of Colorado, En Banc
January 27, 2025
 
           Court
 of Appeals Case No. 23CA1421
 
 
 
          Petition
 for Writ of Certiorari DENIED.
 
 
          
 JUSTICE SAMOUR would grant as to the following issue:
 
 
 Whether a district court impermissibly modifies its property
 division by entering an order changing how that division is
 implemented or whether such an order is a proper exercise of
 the court's inherent equitable authority to enforce its
 judgment.